UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 19-cr-00053 |
|---|---|---|
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| JUAN FRANCISCO CASTILLO-CRUZ | : | MAGISTRATE JUDGE KAY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #37] and in the transcript previously filed herein, [doc. #35] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections, [doc. #31] and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **JUAN FRANCISCO CASTILLO-CRUZ** on April 25, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

SIGNED this 23rd day of May, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE